Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929. Rehearing denied February 4, 1929.

West & Eckhart, for appellants. Frederick A. Bangs and Martin Crane, for appellee; Martin Crane, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Johnson Office Equipment Company, Inc., plaintiff in error, v. Cowham Engineering Company, defendant in error. Gen. No. 32,935.**

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed January 21, 1929.

Moss & Ellman, for plaintiff in error. Cutting, Moore & Sidley, for defendant in error; John Paulding Brown, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Charles R. Thompson et al., appellees, v. James H. Hooper, defendant. James H. Hooper, appellant. Gen. No. 33,258.**

Heard in the first division of this court for the first district at the December term, 1928. Opinion filed January 21, 1929.

Harold O. Mulks, for appellant. Decker & Golden, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Percival B. Coffin, administrator of the estate of Nellie Katherine Nahand, deceased, plaintiff in error, v. Chicago City Railway Company et al., defendants in error. Gen. No. 32,783.**

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929.

James C. McShane, for plaintiffs in error. Brown, Fox & Blumberg, for defendants in error; Frank L. Kriete, Charles LeRoy Brown, A. R. Peterson and Henry Blumberg, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Clifford Hall, by Albert T. Hall, appellee, v. Chicago & West Towns Railway Company and C. D. Gammon Company, on appeal of Chicago & West Towns Railway Company, appellant. Gen. No. 32,789.**

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929.

Berthold L. Goldberg, for appellant. Gardner, Foote, Burns & Morrow, for appellee. Water M. Fowler, of counsel.

Mr. Justice McSurely delivered the opinion of the court.